IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| MARTHA L AVALOS, | ) | NO.: 14-35323 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: JACQUELINE P. COX |
| | ) | |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON September 11, 2017 at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline P. Cox, U.S. Bankruptcy Judge, Courtroom 680, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF, Via Fax or Overnight Delivery on September 6, 2017.

McCalla Raymer Leibert
Pierce, LLC

/s/Toni Townsend
Toni Townsend
ARDC#6289370
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**Pierce & Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC.**

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

File No. FSPS-17-02106

## <u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL 60603

*by Electronic Notice through ECF
and Via Fax*

To Debtor:
Martha L Avalos
2124N AVERS AVE
Chicago, IL 60647

*Served via Overnight Delivery*

To Attorney:
Steve Miljus
The Semrad Law Firm, LLC
20 South Clark, 28th Floor
Chicago, IL 60603

*by Electronic Notice through ECF
and Via Fax*

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
File No. FSPS-17-02106

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: Martha L. Avalos

*Debtor(s),*

Chapter 13

Case No. 14-35323

Judge Jacqueline P. Cox

## MOTION TO COMPEL TRUSTEE TO FILE NOTICE OF FINAL CURE PURSUANT TO RULE 3002.1

NOW COMES Select Portfolio Servicing, Inc., as servicer for Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trustee 2006-2 Asset Backed Notes, by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, requesting that the court compel the Chapter 13 Trustee, Tom Vaughn, to file a Notice of Final Cure, pursuant to FRBP 3002.1, stating as follows:

1.  On September 29, 2014 the above captioned petition was filed under Chapter 13 of the Bankruptcy Code.

2.  On December 15, 2014 the debtor's plan was confirmed.

3.  Select Portfolio Servicing, Inc., as servicer for Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trustee 2006-2 Asset Backed Notes (hereinafter "Select Portfolio Servicing, Inc.") services the first mortgage lien on the property located at 2124 N. Aver Ave, Chicago, Illinois, which is the debtor's principal residence.

4.  Pursuant to FRBP 3002.1(f), after completion of plan payments the Chapter 13 Trustee is to file a Notice of Final Cure and give the secured creditor an opportunity to respond.

5.  On July 12, 2017 the Chapter 13 Trustee filed a Notice of Completion of Plan Payments.

6. However, the Chapter 13 Trustee failed to file a Notice of Final Cure as required by FRBP 3002.1(f).

7. Before the Chapter 13 Trustee objects, due to the Modification of Stay, Select Portfolio Servicing, Inc. reminds this court that the Automatic Stay was reinstated via order entered September 14, 2015, docket #41.

8. As such, the provision of FRBP 3002.1(f) were also reinstated and the Chapter 13 Trustee is required to file a Notice of Final Cure.

WHEREFORE Select Portfolio Servicing, Inc., as servicer for Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trustee 2006-2 Asset Backed Notes prays that the court enter an order compelling the Chapter 13 Trustee to file a Notice of Final Cure, pursuant to FRBP 3002.1(f) and for such further relief as this Honorable Court deems just.

Select Portfolio Servicing, Inc., as servicer for Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trustee 2006-2 Asset Backed Notes

/s/ *Toni Townsend*
Toni Townsend ARDC #6289370

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn St. Suite 1200
Chicago, IL 60602
(312) 346-9088

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 17 E MONROE ST | 230 S CLARK ST | 201 W LAKE ST |
| CHICAGO ,IL 60603 | CHICAGO ,IL 60604 | CHICAGO ,IL 60606 |

FOLD HERE



## Veronica Frausto

| | |
|---|---|
| **From:** | RightFax E-mail Gateway <nadmin@mccalla.com> |
| **Sent:** | Wednesday, September 6, 2017 2:49 PM |
| **To:** | Veronica Frausto |
| **Subject:** | Your fax has been successfully sent to Tom Vaughn at 13123417168. |

Your fax has been successfully sent to Tom Vaughn at 13123417168.
-----------------------------------------------------------
9/6/2017 2:45:02 PM Transmission Record
        Sent to 13123417168 with remote ID "13123417168"
        Result: (0/339;0/0) Successful Send
        Page record: 1 - 19
        Elapsed time: 02:57 on channel 7

1

## Veronica Frausto

| | |
|---|---|
| **From:** | RightFax E-mail Gateway <nadmin@mccalla.com> |
| **Sent:** | Wednesday, September 6, 2017 2:52 PM |
| **To:** | Veronica Frausto |
| **Subject:** | Your fax has been successfully sent to Steve Miljus at 13122542065. |

Your fax has been successfully sent to Steve Miljus at 13122542065.

-----------------------------------------------------------

9/6/2017 2:45:05 PM Transmission Record
  Sent to 13122542065 with remote ID "13122542065"
  Result: (0/339;0/0) Successful Send
  Page record: 1 - 19
  Elapsed time: 06:15 on channel 2